IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FAISAL M. DAROD,<br><br>    Defendant. | CASE NO. 2:23-MJ-410 |

## WAIVER OF A DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a detention hearing under 18 U.S.C. § 3142.

I agree to waive my right to a detention hearing under 18 U.S.C. § 3142.

Respectfully submitted,

**Date**:  July 10, 2023

**/s/  Faisal M. Darod (***authorizing signature by Jeffrey T. Stavroff***)**
FAISAL M. DAROD
*Defendant*


**/s/  Jeffrey T. Stavroff**
JEFFREY T. STAVROFF (0087715)
772 South Front Street
Columbus, Ohio 43206
T:  614.817.1660
F:  614.368.1100
jeff@stavrofflaw.com
*Counsel for Defendant Faisal M. Darod*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was submitted electronically on July 10, 2023 to:

- **NOAH R. LITTON**
  Assistant United States Attorney
  United States Attorney's Office
  Southern District of Ohio
  303 Marconi Boulevard, Suite 200
  Columbus, OH 43215
  T: 614.469.5715
  F: 614.469.5653
  noah.litton@usdoj.gov

                        **/s/ Jeffrey T. Stavroff**
                        JEFFREY T. STAVROFF (0087715)