AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the



2023 JUL 12 PM 1:36

SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| United States of America | ) |
|---|---|
| v. | ) |
| Fazsal Mohamed DAROD | ) Case No. 2:2023-mj-00410 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Fazsal Mohamed DAROD

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2113(a) & 2(a) - Aiding and Abetting a Bank Robbery
18 U.S.C. §§ 924(c)(1)(A)(i) & 2(a) - Aiding and Abetting the Use/Carrying of a Firearm During and in Relation to a Crime of Violence

Date: 07/07/2023

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

### Return

This warrant was received on *(date)* 7/7/2023, and the person was arrested on *(date)* 7/7/2023
at *(city and state)* Columbus, OH

Date: 7/10/2023

P. Ross
*Arresting officer's signature*

P. Ross, DUSM
*Printed name and title*